**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALLEN ANDERSON**                                                **PLAINTIFF**

**V.**                              **4:09CV00489 JMM**

**DEPARTMENT OF VETERANS AFFAIRS,
Eric K. Shinseki, Secretary;
LAVONE DENISE EVANS; AND
RONALD V. ESTES**                                        **DEFENDANTS**

<u>**ORDER**</u>

Pending before the Court are Plaintiff's motions for default judgment against all Defendants (DE's #14 & 15).

Notice has been filed by the Assistant United States of Attorney indicating that service was not perfected on Defendants. Pursuant to Rule 4(i)(1)(A) & (B) of the Federal Rules of Civil Procedure, when serving the United States and its agencies, corporations, officers, or employees, a copy of the summons and complaint must be served on the United States Attorney's office in the district where the action is brought and upon the Attorney General of the United States at Washington, D.C. by registered or certified mail.

It is unclear if summons was issued on the United States Attorney in the Eastern District of Arkansas and the Attorney General of the United States. Therefore, the Clerk is requested to reissue summons on all parties and the United States Attorney for the Eastern District of Arkansas and the Attorney General for the United States.

The United States Marshal for the Eastern District of Arkansas is directed to serve the summons, original complaint and amended complaint with any attachments (DE's #2, #8) for each Defendant without prepayment of fees and costs or security

therefor.

Plaintiff's motions for default judgment (DE's #14 & #15) are denied.

IT IS SO ORDERED this 31st day of August, 2009.

_____
James M. Moody
United States District Judge