IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN ANDERSON                                                                                      PLAINTIFF

V.                                              4:09CV00489 JMM

DEPARTMENT OF VETERANS AFFAIRS,
ERIC K. SHINSEKI, Secretary; LAVONE
DENISE EVANS; RONALD V. ESTES;
PATRICIA BRYANT; DOE DEFENDANT                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on February 16, 2010, Judgment is hereby entered in favor of the Defendants and against the Plaintiff. The case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2010.

_____
James M. Moody
United States District Judge